```
       FILED        ENTERED
       LODGED       RECEIVED

       MAY 17 2007    DB
              AT SEATTLE
       CLERK U.S. DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
                          DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CR07 0180 JCC

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. |
| Plaintiff, | INFORMATION |
| v. | |
| THOMAS R. EHLIS, | (Felony) |
| Defendant. | |

The United States Attorney charges that:

### COUNT 1

### (Embezzlement and Theft of Labor Union Assets)

Beginning on or about May 21, 2002, and continuing until on or about January 29, 2003, at Seattle, in the Western District of Washington, THOMAS R. EHLIS, while an officer of International Brotherhood of Electrical Workers, Local 1769, a labor organization engaged in an industry affecting commerce within the meaning of Title 29, United States Code, Sections 402(i) and 402(j), did embezzle, steal, and unlawfully and willfully abstract and convert to his own use, the moneys, funds, securities, property, and

//
//

1 | other assets of said labor organization, in the amount of five thousand six hundred
2 | nineteen dollars and ninety cents ($5,619.90).

All in violation of Title 29, United States Code, Section 501(c).

DATED this 17th day of May, 2007.

*[signature]*
JEFFREY C. SULLIVAN
United States Attorney

*[signature]*
LAWRENCE LINCOLN
Assistant United States Attorney

*[signature]*
KARYN S. JOHNSON
Assistant United States Attorney